USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOIRA GIBNEY,

                Plaintiff,

-against-

PARMINDER SINGH,

                Defendant.

---

18cv11012 (DF)

**ORDER OF DISCONTINUANCE**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that within 30 days of the date of this Order, if the parties' written documentation of the settlement is not completed, Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated: New York, New York
       February 4, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)